■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW LEWIS, Appellant. [631 NYS2d 689] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered January 12, 1994, convicting him, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/_2$ to 9 years, unanimously affirmed.

Viewing the evidence in a light most favorable to the People and drawing all reasonable inferences in their favor (People v Malizia, 62 NY2d 755, cert denied 469 US 932), we find defendant's guilt was proven beyond a reasonable doubt. The

minor inconsistencies between the testimony of the arresting officer and that of the undercover officer were evaluated by the jury and there is no reason to disturb its determination (*People v Bleakley*, 69 NY2d 490). Moreover, while no drugs or prerecorded money were recovered from defendant, there was ample time for defendant to dispose of such items before he was apprehended (*see, People v Santiago*, 206 AD2d 251, *lv denied* 84 NY2d 832). Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.